**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01311-CV

**THE BURRESCIA FAMILY REVOCABLE LIVING TRUST, Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00466-E**

## ORDER

The reporter's record in this case is overdue. By postcard dated December 9, 2014, we notified the official court reporter for County Court at Law No. 5 that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Vikki Ogden to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification it has not requested, paid for, or made arrangements to pay for the reporter's record, we will*

*order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE